JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GREGORY DOWNS,<br><br>　　　　　Petitioner/Plaintiff,<br><br>　　　　　v.<br><br>J. CLARK KELSO, et al.,<br><br>　　　　　Respondents/Defendants. | Case No. 2:22-cv-09293-JGB-JDE<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Notice of Removal filed by Respondent/Defendant J. Clark Kelso ("Kelso") (Dkt. 1 at 1-2); the "Request for Petition for Writ of Mandate/Prohibition Code of Civil Procedure SEC §§ 1085-1086 (Dkt. 1 at 6-18, "Petition") filed by Petitioner/Plaintiff Mr. Gregory Downs ("Downs") in the Superior Court for the State of California, County of San Luis Obispo; Kelso's Motion to Dismiss the Petition (Dkt. 5, "Motion"); and the Report and Recommendation issued by the assigned magistrate judge on March 23, 2023 (Dkt. 17, "Report"). No party filed a timely objection to the Report. The Report is approved and accepted.

/ / /

1 | Therefore, IT IS HEREBY ORDERED that (1) Kelso's Motion (Dkt. 5) is GRANTED, in part, on mootness grounds; (2) the action is REMANDED to the Superior Court for the State of California, County of San Luis Obispo.

Dated: May 9, 2023

JESUS G. BERNAL
United States District Judge